**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GRIMALDI DEEP SEA S.p.A.,

      Plaintiff,

vs.                          Case No.  3:24-cv-562-MMH-SJH

SSA ATLANTIC, LLC,

      Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. On October 17, 2025, the Court entered an Order granting Defendant SSA Atlantic, LLC's Motion to Dismiss Amended Complaint (Doc. 24), filed on April 24, 2025. <u>See</u> Order (Doc. 42). In doing so, the Court dismissed this action. <u>See</u> <u>id.</u> at 13. It appears, however, that a judgment of dismissal has not yet been entered.

Accordingly, it is

**ORDERED:**

The Clerk of the Court is **directed** to enter judgment, <u>nunc</u> <u>pro</u> <u>tunc</u> to October 17, 2025, in favor of Defendant, SSA Atlantic, LLC, and against Plaintiff, Grimaldi Deep Sea S.p.A.

**DONE AND ORDERED** in Jacksonville, Florida, this 23rd day of February, 2026, <u>nunc</u> <u>pro</u> <u>tunc</u> to October 17, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc35

Copies to:

Counsel of Record

- 2 -